## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JULIANA LU,

PLAINTIFF(S)

v.

CENTRAL BANK OF REPUBLIC OF CHINA TAIWAN, et al.,

DEFENDANT(S).

CASE NUMBER

LA CV18-03869 JAK (JEMx)

### NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

On June 6, 2018 _____, the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____

☒ other document(s), entitled Re Pre-Filing Approval Re Proof of Service Re Nissan and 2020 Olympics

from Plaintiff, Juliana Lu _____, who was found by the Court on June 6, 2018

in case number LA CV18-03869 JAK   to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☐ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☒ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $ _____ must be posted in order to proceed.

☒ Other : See Dkt. 14.

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge ☒ assigned district judge ☐ Chief Judge for review.

☐ IT IS HEREBY ORDERED that the document(s) presented:
    ☐ be filed in the above-captioned case.
    ☐ be filed in case number _____.
    ☐ be filed as a new case.
or

☐ IT IS RECOMMENDED that the document(s) presented not be filed.  The Clerk is directed to forward this
recommendation to the appropriate district judge for review.

_____                    _____
Date                               United States Magistrate Judge

IT IS HEREBY ORDERED that the document(s) presented
    ☒ not be filed.
    ☐ be filed in the above-captioned case.
    ☐ be filed in case number _____.
    ☐ be filed as a new case.

6/12/2018                          John A. Kronstadt
_____                    _____
Date                               United States District Judge

CV-115 (04/2018)        **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT**

**JULIANA LU**
P.O. Box 2234
Walnut, CA 91788
Telephone: 626-923-9788
E-mail: julianarocks@gmail.com

Plaintiff,
JULIANA LU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA LU,<br><br>                          Plaintiff,<br><br>         vs.<br><br>CENTRAL BANK OF REPUBLIC OF CHINA (TAIWAN); TAIWAN (R.O.C.); and DOES 1 to 10, inclusive,<br><br>THE HYPOTHEC BANK OF JAPAN (JAPAN); and JAPAN.<br>                          Defendants. | Case No.:  LACV18-3869-JAK(JEM)<br><br>**RE PRE-FILING APPROVAL**<br><br>**RE PROOF OF SERVICE**<br><br>**RE NISSAN AND 2020 OLYMPICS** |

## RE PRE-FILING APPROVAL

## RE PROOF OF SERVICE

## RE NISSAN AND 2020 OLYMPICS

Plaintiff alleges:

1. The FACT is that Plaintiff owns these unpaid notes, bonds, and stocks issued by the Defendants. Delaying payments on these unpaid notes, bonds and stocks will only cause more burden and additional interests to be paid by the Defendants to Plaintiff in the future. This is an UNDENIABLE FACT that U.S. District Courts in other forty-nine states will support. There are many historical and accounting experts in California that can be ordered by the U.S. District Court, Central District of California to exam these notes, bonds, and stocks. Eventually, the Defendants will need to pay off this amount. The TRUTH can't be altered by anyone, even by the Court.

2. Defendants had successfully received more than eight different sets of U.S. District Court legal filing documents through 1) Taipei Economic & Cultural Office of the Republic of China and 2) Japanese Consulate (Japanese Embassy) from different servers hired by Plaintiff. The U.S. District Court, Central District of California can't possibly cover up this FACT to the Public.

3. Plaintiff recently found an old Japanese translator in Taiwan who provided more information about the **Manchurian Heavy Industrial Corporation (Heavy Industrial Exhibits 1-8). The corrected translation of this company is "Manchurian Industrial Development Company". (See Manchurian Industrial Development Company)**

4. **The Manchurian Industrial Development Company originated by Nissan, supported by Japan in 1930s-1940s, owning 50% of the majority shares.** Manchurian Industrial Development Company was building and making **aircrafts and automobiles**. After World War II, the assets of Manchurian Industrial Development Company disappeared and Nissan continued to grow without any serious financial debts (then suddenly in 1951, Japanese Airline was formed.), while Plaintiff's grandparents suffered a great loss with these unpaid notes, bonds and stocks. Japan never honestly informed the U.S. District Court or Plaintiff about Nissan's involvement in any of its U.S. documentation in reply.

5. Nissan is currently one of the largest automobile companies in the United States and the most advanced in electronic automobile industry competing against our U.S. automobile industry.

6. Plaintiff believes in Peace and peaceful negotiations. Defendants had a severe history in the past purchasing and developing weapons to initiate war, enter and attack China, Korea, or even the United States. Defendants are fully responsible for every penny of what they had spent on the war. Many of Plaintiff's family members are over eighty and ninety years old. They can't wait too much longer for justice. They are expecting Plaintiff to obtain these assets back and help to take care of them. In addition, Plaintiff had refused several times to

support the Defendants further in war and refused to continue lending the unpaid debts owed by Defendants any more.

7. 2020 Olympics is currently set in Japan. Japan will soon become one of the hottest topics in the World. If Japan does not pay off these unpaid notes, bonds and stocks, sooner or later all countries attending this 2020 Olympics will possibly find out that Japan and the Republic of China have unpaid notes, bonds and stocks involving Nissan and the building of aircrafts and automobiles. That will create a very negative image of the Defendants, Japan and the Republic of China to the World, possibly affecting our nation. This is not a very wise strategy for the Court to allow "COMMINGLING" and ignore these unpaid notes, bonds, and stocks.

8. California is on a serious financial and budget crisis. Plaintiff has obtained Defaults of the Defendants in State of Nevada. If the U.S. District Court, Central District of California allows Plaintiff to move to Nevada to obtain a Final Judgment in State of Nevada, then California may soon be bankrupt, causing all federal/state governmental offices, including district and appeals courts, to be shutdown and all federal/state employees to be without pay in the near future.

DATED: June 1, 2018

Respectfully submitted,
By: JULIANA LU

JULIANA LU, Plaintiff

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Juliana Lu | ) |
|  | ) |
| _____ | ) **LACV18-3869**-DMG (JEMx) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
|  | ) |
| Central Bank of Republic of China (Taiwan); Taiwan (R.O.C.); and Does 1 to 10, inclusive. The Hypothec Bank of Japan (Japan); and Japan | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Taipei Economic & Cultural Office , The Republic of China
3731 Wilshire Blvd., Suite 700, Los Angeles, CA  90010
Attn.:  President Ing-Wen Tsai, Taiwan (R.O.C.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JULIANA LU
P.O. BOX 2234
WALNUT, CA 91788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __5/9/18__                    _____
                                      *Signature of Clerk or Deputy Clerk*

1203

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. LACV18-3869-DMG (JEMx)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   TAIPEI ECONOMIC & CULTURAL OFFICE, THE REPUBLIC OF CHINA
was received by me on  May 15, 2018

☐ I personally served the NOTICE OF LAWSUIT;CIVIL COVER SHEET;COMPLAINT;CV-30 NOTICE OF
INTERESTED PARTIES;SUMMONS IN A CIVIL ACTION on the individual at  3731 WILSHIRE BLVD,
SUITE 700 , LOS ANGELES, CA 90010 on   May 21, 2018 3:18 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   ,a person of suitable
age and discretion who resides there, on  *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  JANE DOE , who is designated by law to accept service of process on
behalf of  TAIPEI ECONOMIC & CULTURAL OFFICE, THE REPUBLIC OF CHINA  on  May 21, 2018  3:18 PM

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*

My fees are $  00 for travel and $ 75.50 for services  for a total of $ 75.50

I declare under penalty of perjury that this information is true

Date  May 21, 2018

ROBERT A. HALL
*Printed name and title*

Contracted by Direct Legal Support, Inc.
1541 Wilshire Blvd., Suite 550
Los Angeles, CA 90017
(213) 483-4900
*Server's Address*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Juliana Lu | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Central Bank of Republic of China (Taiwan); Taiwan | ) |
| (R.O.C.); and Does 1 to 10, inclusive. | ) |
| The Hypothec Bank of Japan (Japan); and Japan | ) |
| _____ | ) |
| *Defendant(s)* | ) |

LACV18-3869-DMG (JEMx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Japan Embassy, Japan
Japanese Consulate
350 S. Grand Ave. Unit 1700, Los Angeles, CA  90071
Attn.: Ambassador Sasae, Cosul General of Japan - Akira Chiba

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JULIANA LU
P.O. BOX 2234
WALNUT, CA 91788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5|9|18

_____
*Signature of Clerk or Deputy Clerk*

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. LACV18-3869-DMG (JEMx)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **JAPAN EMBASSY, JAPAN**
**was received by me on  May 15, 2018**

☐ I personally served the NOTICE OF LAWSUIT;CIVIL COVER SHEET;COMPLAINT;CV-30/ NOTICE OF
   INTERESTED PARTIES;SUMMONS IN A CIVIL ACTION on the individual at  350 S. GRAND AVENUE,
   UNIT 1700 , LOS ANGELES, CA 90071 on   May 21, 2018 2:33 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   ,a person of suitable
   age and discretion who resides there, on  *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **JANE DOE** , who is designated by law to accept service of process on
   behalf of **JAPAN EMBASSY, JAPAN** on  **May 21, 2018 2:33 PM**

☐ I returned the above listed documents unexecuted because;

☐ other  *(specify)*

*My fees are $ .00 for travel and $ 75 50 for services, for a total of $ 75 50*

*I declare under penalty of perjury that this information is true*

*Date  May 21, 2018*                                                                            _____
                                                                                              *Server's Signature*

                                                                          _____
                                                                                    ROBERT A. HALL
                                                                                  *Printed name and title*

                                                                          Contracted by Direct Legal Support, Inc.
                                                                             1541 Wilshire Blvd., Suite 550
                                                                                  Los Angeles, CA 90017
                                                                          _____
                                                                                    (213) 483-4900
                                                                                    *Server's Address*

✈ T·Mobile Wi-Fi 📶 ((↔ 9:28 AM

Manchurian Industrial Development...
https://en.m.wikipedia.org

# Manchurian Industrial Development Company

文A ☆ ✏️



Meeting of the Board of Mangyō, October 10, 1939. Aikawa is in the center

The **Manchurian Industrial Development Company** (満州重工業開発 *Manshū Jukōgyō Kaihatsu Kabushiki Kaisha, or Mangyō*) (Hanyu Pinyin: *Mǎnzhōu Zhònggōngyè Kāifā Zhūshì Huìshè*; Wade–Giles: *Man-chou Chung-kung-yeh K'ai-fa Chu-shih Hui-she*) was an industrial conglomerate, or *zaibatsu,* in the Japanese controlled Empire of Manchukuo, established at the instigation of the Imperial Japanese Army to further the industrialization of Manchukuo, and in particular, to make it self-

## ∧ History 

Following on the economic success of the South Manchurian Railway Company, and its various subsidiaries, such as the Showa Steel Works, ideological and economic planners from the Kwantung Army developed a comprehensive plan for the future economic and industrial development of Manchukuo per a state socialist model with a command economy. Prominent Japanese entrepreneur and technocrat, Yoshisuke Aikawa, the founder of the Nissan *zaibatsu* was invited to Manchukuo and asked to establish the Manchukuo Industrial Development Company, a joint venture owned 50% by Nissan and 50% by the Manchukuo government, which would oversee the central plan.

The original plan under Naoki Hoshino and other Army planners envisioned a syndicalist economy, with the military allocating monopolies of one firm per industry. From 1932, the Japanese military had created 26 new companies, ranging from automobiles, aircraft, oil refining, shipping, etc.[1]

Aikawa countered that this policy was unrealistic given the undeveloped state of Manchukuo's

Aikawa countered that this policy was unrealistic given the undeveloped state of Manchukuo's resources and industrial infrastructure, and persuaded the military leaders that there should be a single state-controlled entity to manage all of resource development and heavy industry. Aikawa argued that the automotive industry and aircraft industry both required a large number of subcontractors, few of whom where present in Manchukuo. To develop these strategic industries, would be necessary to develop all related machinery industries simultaneously.[2]

In October 1937, Aikawa was given his way, and the *Manshū Jukōgyō Kaihatsu Yoko* (Manchurian Heavy Industrial Development Corporation) was established under the aegis of Nissan, which also moved its headquarters to Hsinking, Manchukuo. Aikawa was guaranteed loans from the Industrial Bank of Japan, Bank of Japan using the natural resources of Manchukuo as collateral, and was granted exemption from dual taxation.[3] The South Manchurian Railway Company, Showa Steel Company and other major industrial concerns in Manchukuo were tied into the new company through

In its initial phases, the new conglomerate was a tremendous success, pulling investment into Manchukuo at a tremendous rate. New industries were created along the transportation routes established by the South Manchurian Railway, and the industrial output of Manchukuo began to outstrip Japan in certain sectors by the end of the first Five Year Plan. However, Aikawa faced numerous difficulties partly due to issues with his politics (which were often at odds with the Kwantung Army leadership), and partly due to interference in the operations of Mangyō by members of the Manchukuo civil government. Aikawa resigned in 1942, and moved back to Japan.[3] He was replaced by Tatsunosuke Takasaki; however, with the growing demands of the military due to World War II and the ongoing quagmire for the Japanese military in China, Mangyō faced severe problems in raw materials, labor, and the subordination of its production into military requirements.

Mangyō was dissolved with the destruction of Manchukuo by the Soviet Red Army in the invasion of Manchuria at the end of World War II.

**Manchurian Industrial Development...**
https://en.m.wikipedia.org
 

## ∧ References 

- Matsusaka, Tak (2003). *The Making of Japanese Manchuria, 1904-1932*. Harvard University Asia Center. ISBN 0-674-01206-2.

- Samuels, Richard J (1996). *"Rich Nation, Strong Army": National Security and the Technological Transformation of Japan*. Cornell University Press. ISBN 0-8014-9994-1.

- Young, Louise (1999). *Japan's Total Empire: Manchuria and the Culture of Wartime Imperialism*. University of California Press. ISBN 0-520-21934-1.

- Van Wolferen, Karel (1989). *The Enigma of Japanese Power*. MacMillan. ISBN 0-679-72802-3.

## ∧ Notes 

1. ∧ Young, Japan's Total Empire, pp.208

2. ∧ Samuels, Rich Nation, Strong Army. pp.102

3. ∧ *a b* Young, Japan's Total Empire, pp.208

🕐 **Last edited 8 months ago** by Jeff5102    ⟩

**JULIANA LU**
P.O. Box 2234
Walnut, CA  91788
Telephone: 626-923-9788
E-mail: julianarocks@gmail.com

Plaintiff,
JULIANA LU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA LU,<br>                     Plaintiff,<br><br>        vs.<br><br>CENTRAL BANK OF REPUBLIC OF CHINA (TAIWAN); TAIWAN (R.O.C.); and DOES 1 to 10, inclusive,<br><br>THE HYPOTHEC BANK OF JAPAN (JAPAN); and JAPAN.<br>                     Defendants. | Case No.:  LACV18-3869-JAK(JEM)<br><br>**RE PRE-FILING APPROVAL**<br><br>**RE PROOF OF SERVICE**<br><br>**RE NISSAN AND 2020 OLYMPICS** |

## RE PRE-FILING APPROVAL

## RE PROOF OF SERVICE

## RE NISSAN AND 2020 OLYMPICS

Plaintiff alleges:

1. The FACT is that Plaintiff owns these unpaid notes, bonds, and stocks issued by the Defendants.  Delaying payments on these unpaid notes, bonds and stocks will only cause more burden and additional interests to be paid by the Defendants to Plaintiff in the future. This is an UNDENIABLE FACT that U.S. District Courts in other forty-nine states will support.  There are many historical and accounting experts in California that can be ordered by the U.S. District Court, Central District of California to exam these notes, bonds, and stocks.  Eventually, the Defendants will need to pay off this amount.  The TRUTH can't be altered by anyone, even by the Court.

---

RE PRE-FILING APPROVAL, RE PROOF OF SERVICE, RE NISSAN AND 2020 OLYMPICS - Page 1

2. Defendants had successfully received more than eight different sets of U.S. District Court legal filing documents through 1) Taipei Economic & Cultural Office of the Republic of China and 2) Japanese Consulate (Japanese Embassy) from different servers hired by Plaintiff. The U.S. District Court, Central District of California can't possibly cover up this FACT to the Public.

3. Plaintiff recently found an old Japanese translator in Taiwan who provided more information about the **Manchurian Heavy Industrial Corporation (Heavy Industrial Exhibits 1-8). The corrected translation of this company is "Manchurian Industrial Development Company". (See Manchurian Industrial Development Company)**

4. **The Manchurian Industrial Development Company originated by Nissan, supported by Japan in 1930s-1940s, owning 50% of the majority shares.** Manchurian Industrial Development Company was building and making **aircrafts and automobiles.** After World War II, the assets of Manchurian Industrial Development Company disappeared and Nissan continued to grow without any serious financial debts (then suddenly in 1951, Japanese Airline was formed.), while Plaintiff's grandparents suffered a great loss with these unpaid notes, bonds and stocks. Japan never honestly informed the U.S. District Court or Plaintiff about Nissan's involvement in any of its U.S. documentation in reply.

5. Nissan is currently one of the largest automobile companies in the United States and the most advanced in electronic automobile industry competing against our U.S. automobile industry.

6. Plaintiff believes in Peace and peaceful negotiations. Defendants had a severe history in the past purchasing and developing weapons to initiate war, enter and attack China, Korea, or even the United States. Defendants are fully responsible for every penny of what they had spent on the war. Many of Plaintiff's family members are over eighty and ninety years old. They can't wait too much longer for justice. They are expecting Plaintiff to obtain these assets back and help to take care of them. In addition, Plaintiff had refused several times to

support the Defendants further in war and refused to continue lending the unpaid debts owed by Defendants any more.

7. 2020 Olympics is currently set in Japan. Japan will soon become one of the hottest topics in the World. If Japan does not pay off these unpaid notes, bonds and stocks, sooner or later all countries attending this 2020 Olympics will possibly find out that Japan and the Republic of China have unpaid notes, bonds and stocks involving Nissan and the building of aircrafts and automobiles. That will create a very negative image of the Defendants, Japan and the Republic China to the World, possibly affecting our nation. This is not a very wise strategy for the Court to allow "COMMINGLING" and ignore these unpaid notes, bonds, and stocks.

8. California is on a serious financial and budget crisis. Plaintiff has obtained Defaults of the Defendants in State of Nevada. If the U.S. District Court, Central District of California allows Plaintiff to move to Nevada to obtain a Final Judgment in State of Nevada, then California may soon be bankrupt, causing all federal/state governmental offices, including district and appeals courts, to be shutdown and all federal/state employees to be without pay in the near future.

DATED: June 1, 2018

Respectfully submitted,
By: JULIANA LU

JULIANA LU, Plaintiff

**RE PRE-FILING APPROVAL, RE PROOF OF SERVICE, RE NISSAN AND 2020 OLYMPICS - Page 3**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Juliana Lu<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Central Bank of Republic of China (Taiwan); Taiwan<br>(R.O.C.); and Does 1 to 10, inclusive.<br>The Hypothec Bank of Japan (Japan); and Japan<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

LACV18-3869-DMG (JEMx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Taipei Economic & Cultural Office , The Republic of China
3731 Wilshire Blvd., Suite 700, Los Angeles, CA  90010
Attn.:  President Ing-Wen Tsai, Taiwan (R.O.C.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  JULIANA LU
P.O. BOX 2234
WALNUT, CA 91788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/9/18

_____
*Signature of Clerk or Deputy Clerk*

1203

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. **LACV18-3869-DMG (JEMx)**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **TAIPEI ECONOMIC & CULTURAL OFFICE, THE REPUBLIC OF CHINA**
**was received by me on   May 15, 2018**

☐ I personally served the NOTICE OF LAWSUIT;CIVIL COVER SHEET;COMPLAINT;CV-30  NOTICE OF
   INTERESTED PARTIES;SUMMONS IN A CIVIL ACTION on the individual at  3731 WILSHIRE BLVD,
   SUITE 700 , LOS ANGELES, CA 90010 on   May 21, 2018 3:18 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   ,a person of suitable
   age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to **JANE DOE** , who is designated by law to accept service of process on
   behalf of **TAIPEI ECONOMIC & CULTURAL OFFICE, THE REPUBLIC OF CHINA** on  May 21, 2018  3:18 PM

☐ I returned the above listed documents unexecuted because:

☐ other *(specify)*

*My fees are $  00 for travel and $ 75 50 for services  for a total of $ 75 50*

*I declare under penalty of perjury that this information is true*

Date  May 21, 2018                                          _____
                                                            *Server's Signature*


                                                            **ROBERT A. HALL**
                                                            *Printed name  and title*

                                                   Contracted by Direct Legal Support, Inc.
                                                   1541 Wilshire Blvd., Suite 550
                                                   Los Angeles, CA 90017
                                                   **(213) 483-4900**
                                                            *Server's Address*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Juliana Lu | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Central Bank of Republic of China (Taiwan); Taiwan | ) |
| (R.O.C.); and Does 1 to 10, inclusive. | ) |
| The Hypothec Bank of Japan (Japan); and Japan | ) |
| _____ | ) |
| *Defendant(s)* | ) |

LACV1 8 - 3 8 6 9 - DMG (JEMx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Japan Embassy, Japan
Japanese Consulate
350 S. Grand Ave. Unit 1700, Los Angeles, CA  90071
Attn.: Ambassador Sasae, Cosul General of Japan - Akira Chiba

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JULIANA LU
P.O. BOX 2234
WALNUT, CA 91788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___5/9/18_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. LACV18-3869-DMG (JEMx)

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:  JAPAN EMBASSY, JAPAN
was received by me on  May 15, 2018

☐ I personally served the NOTICE OF LAWSUIT;CIVIL COVER SHEET;COMPLAINT;CV-30/ NOTICE OF INTERESTED PARTIES;SUMMONS IN A CIVIL ACTION on the individual at 350 S. GRAND AVENUE, UNIT 1700 , LOS ANGELES, CA 90071 on   May 21, 2018 2:33 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on  *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to JANE DOE , who is designated by law to accept service of process on behalf of JAPAN EMBASSY, JAPAN  on  May 21, 2018  2:33 PM

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*

My fees are $ .00 for travel and $ 75.50 for services, for a total of $ 75.50

I declare under penalty of perjury that this information is true

Date  May 21, 2018                                          _____
                                                                                   *Server's Signature*


                                                                    ROBERT A. HALL
                                                                    *Printed name and title*

                                                    Contracted by Direct Legal Support, Inc.
                                                    1541 Wilshire Blvd., Suite 550
                                                    Los Angeles, CA 90017
                                                    (213) 483-4900
                                                    *Server's Address*

Manchurian Industrial Development...
https://en.m.wikipedia.org

# Manchurian Industrial Development Company



Meeting of the Board of Mangyō, October 10, 1939. Aikawa is in the center

The **Manchurian Industrial Development Company** (満州重工業開発 *Manshū Jukōgyō Kaihatsu Kabushiki Kaisha, or Mangyō*) (Hanyu Pinyin: *Mǎnzhōu Zhònggōngyè Kāifā Zhūshì Huìshè*; Wade–Giles: *Man-chou Chung-kung-yeh K'ai-fa Chu-shih Hui-she*) was an industrial conglomerate, or *zaibatsu,* in the Japanese controlled Empire of Manchukuo, established at the instigation of the Imperial Japanese Army to further the industrialization of Manchukuo, and in particular, to make it self-

## ^ History

Following on the economic success of the South Manchurian Railway Company, and its various subsidiaries, such as the Showa Steel Works, ideological and economic planners from the Kwantung Army developed a comprehensive plan for the future economic and industrial development of Manchukuo per a state socialist model with a command economy. Prominent Japanese entrepreneur and technocrat, Yoshisuke Aikawa, the founder of the Nissan *zaibatsu* was invited to Manchukuo and asked to establish the Manchukuo Industrial Development Company, a joint venture owned 50% by Nissan and 50% by the Manchukuo government, which would oversee the central plan.

The original plan under Naoki Hoshino and other Army planners envisioned a syndicalist economy, with the military allocating monopolies of one firm per industry. From 1932, the Japanese military had created 26 new companies, ranging from automobiles, aircraft, oil refining, shipping, etc.[1]

Aikawa countered that this policy was unrealistic

Aikawa countered that this policy was unrealistic given the undeveloped state of Manchukuo's resources and industrial infrastructure, and persuaded the military leaders that there should be a single state-controlled entity to manage all of resource development and heavy industry. Aikawa argued that the automotive industry and aircraft industry both required a large number of subcontractors, few of whom where present in Manchukuo. To develop these strategic industries, would be necessary to develop all related machinery industries simultaneously.[2]

In October 1937, Aikawa was given his way, and the *Manshū Jukōgyō Kaihatsu Yoko* (Manchurian Heavy Industrial Development Corporation) was established under the aegis of Nissan, which also moved its headquarters to Hsinking, Manchukuo. Aikawa was guaranteed loans from the Industrial Bank of Japan, Bank of Japan using the natural resources of Manchukuo as collateral, and was granted exemption from dual taxation.[3] The South Manchurian Railway Company, Showa Steel Company and other major industrial concerns in Manchukuo were tied into the new company through

In its initial phases, the new conglomerate was a tremendous success, pulling investment into Manchukuo at a tremendous rate. New industries were created along the transportation routes established by the South Manchurian Railway, and the industrial output of Manchukuo began to outstrip Japan in certain sectors by the end of the first Five Year Plan. However, Aikawa faced numerous difficulties partly due to issues with his politics (which were often at odds with the Kwantung Army leadership), and partly due to interference in the operations of Mangyō by members of the Manchukuo civil government. Aikawa resigned in 1942, and moved back to Japan.[3] He was replaced by Tatsunosuke Takasaki; however, with the growing demands of the military due to World War II and the ongoing quagmire for the Japanese military in China, Mangyō faced severe problems in raw materials, labor, and the subordination of its production into military requirements.

Mangyō was dissolved with the destruction of Manchukuo by the Soviet Red Army in the invasion of Manchuria at the end of World War II.

**T-Mobile Wi-Fi** 9:29 AM

## Manchurian Industrial Development...

https://en.m.wikipedia.org

## ^ References

- Matsusaka, Tak (2003). *The Making of Japanese Manchuria, 1904-1932*. Harvard University Asia Center. ISBN 0-674-01206-2.

- Samuels, Richard J (1996). *"Rich Nation, Strong Army": National Security and the Technological Transformation of Japan*. Cornell University Press. ISBN 0-8014-9994-1.

- Young, Louise (1999). *Japan's Total Empire: Manchuria and the Culture of Wartime Imperialism*. University of California Press. ISBN 0-520-21934-1.

- Van Wolferen, Karel (1989). *The Enigma of Japanese Power*. MacMillan. ISBN 0-679-72802-3.

## ^ Notes

1. ^ Young, Japan's Total Empire, pp.208

2. ^ Samuels, Rich Nation, Strong Army. pp.102

3. ^ *a* *b* Young, Japan's Total Empire, pp.208